IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Karczynski, Julian Michael | Case Number: 06 B 03357 |
|---|---|---|
| | Karczynski, Ida | Judge: Wedoff, Eugene R |
| | Printed: 3/4/08 | Filed: 3/30/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: February 29, 2008
Confirmed: May 25, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 48,000.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 45,468.03 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2,531.97 |
| Other Funds: | | 0.00 |
| Totals: | 48,000.00 | 48,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | B-Real LLC | Unsecured | 16,666.80 | 16,676.54 |
| 3. | Discover Financial Services | Unsecured | 818.59 | 819.06 |
| 4. | B-Real LLC | Unsecured | 14,776.25 | 14,784.88 |
| 5. | ECast Settlement Corp | Unsecured | 13,179.84 | 13,187.55 |
| 6. | CitiMortgage Inc | Secured | | No Claim Filed |
| 7. | Erickson Mgmt | Secured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 45,441.48 | $ 45,468.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 299.99 |
| 4.8% | 287.98 |
| 5.4% | 1,944.00 |
| | _____ |
| | $ 2,531.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Karczynski, Julian Michael  
  Karczynski, Ida  
  Printed: 3/4/08

Case Number: 06 B 03357  
Judge: Wedoff, Eugene R  
Filed: 3/30/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

